UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2014 JUN 23 P 4: 38

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 1:14-cr-00059-JAW
)
ROBERT BERG ENTERPRISES, INC. )
D/B/A BERG SPORTSWEAR )

**MANDATORY PLEA AGREEMENT SUPPLEMENT**
**(Filed Under Seal)**

There is no cooperation agreement in this case.

Thomas E. Delahanty II
United States Attorney

Date: 5/5/14

_____
Joel B. Casey
Assistant U.S. Attorney